motion for leave to file *amicus* of Greater Cincinnati Hospital Council. Motion granted.

**91-446.** Columbia Gas Transmission Corp. v. Bennett. *Montgomery County,* No. CA 12039. On motion for leave to file memorandum in support instanter. Motion granted.

Wright, J., dissents.

**91-450.** State v. Nemeckay. *Cuyahoga County,* No. 57235. On motion for leave to exceed page limit. Motion denied.

Douglas and H. Brown, JJ., dissent.

**91-476.** State v. Golden. *Stark County,* No. CA 6727. On motion for leave to file delayed appeal. Motion denied.

Sweeney, Douglas and H. Brown, JJ., dissent.

**91-482.** State v. Foldes. *Cuyahoga County,* No. 57791. On motion for leave to file delayed appeal. Motion granted.

Wright, J., dissents.

**91-496.** State, ex rel. Chappell, v. Ohio Adult Parole Auth. *Franklin County,* No. 90AP-1047. On motion for leave to file notice of appeal instanter. Motion granted.

Holmes, Wright and H. Brown, JJ., dissent.

**91-528.** MRED Properties v. Knowlton. *Franklin County,* No. 89AP-1047. On motion to consolidate with 91-261, *infra.* Motion granted.

# JURISDICTIONAL MOTIONS ALLOWED

**91-58.** Morgan v. North Coast Cable Co. *Cuyahoga County,* No. 57209.

Sweeney and Resnick, JJ., dissent.

**91-142.** State v. Rhodes. *Franklin County,* No. 90AP-289.

Sweeney and Resnick, JJ., dissent.

**91-219.** Aetna Life Ins. Co. v. Hussey. *Lake County,* No. 89-L-14-084.

Douglas and Wright, JJ., dissent.

**91-261.** Knowlton Co. v. Knowlton. *Franklin County,* No. 89AP-1049.

Wright, J., dissents.

# JURISDICTIONAL MOTIONS OVERRULED

**90-2209.** Bethke v. Baker Motors. *Cuyahoga County,* No. 58258.

Douglas and Resnick, JJ., dissent.

**90-2455.** Smith v. Raymond Corp. *Cuyahoga County,* No. 57670.

**91-33.** Huffman v. Timken Co. *Wayne County,* No. 2560.

Holmes and Wright, JJ., dissent.

**91-61.** USX Corp. v. Unemp. Comp. Bd. of Review. *Franklin County,* No. 90AP-633.

H. Brown, J., dissents.

**91-102.** Hull v. Mayfield. *Shelby County,* No. 17-89-10.

Sweeney, Douglas and Resnick, JJ., dissent.

**91-105.** State v. Billian. *Lucas County,* No. L-90-010.

Douglas, J., dissents.

**91-108.** Jones v. Ball. *Ashtabula County,* No. 90-A-1547.

**91-109.** Jones v. Ball. *Ashtabula County,* No. 90-A-1547.

**91-122.** Ream v. Canton Civil Serv. Comm. *Stark County,* No. CA-8033.

**91-127.** Norbut v. Norbut. *Greene County,* No. 89-CA-57.

**91-141.** State v. Merrick. *Champaign County,* No. 89-CA-16.

**91-143.** Sizemore v. Dresser Industries, Inc. *Marion County,* No. 9-88-55.

Sweeney, Douglas and Resnick, JJ., dissent.

**91-144.** Hayes v. Brown. *Henry County,* No. 7-89-9.

Douglas, J., dissents.

**91-157.** Thomas v. Buell. *Delaware County,* No. 90-CA-15.

**91-162.** Moore v. Ohio Dept. of Rehab. & Corr. *Franklin County,* No. 90AP-410.

**91-169.** Phillips v. Burt. *Montgomery County,* No. 12228.

**91-173.** Williams v. Mayfield. *Franklin County,* No. 90AP-144.

**91-174.** McCandlish Bros., Inc. v. Reichley. *Perry County,* No. CA-384.

Holmes, J., dissents.

**91-175.** State v. Vidmar. *Cuyahoga County,* No. 56143.

**91-180.** Boyle v. Ohio Dept. of Rehab. & Corr. *Franklin County,* No. 90AP-156.